UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00090-3

DEONATRE CAPRI DOWELL

### ORDER

On November 25, 2024, all counsel and the Defendant appeared for a guilty plea hearing. Count Ten charges the Defendant with knowingly conspiring to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally distributing quantities of fentanyl, in violation of 21 U.S.C. § 846. [Doc. 9]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on November 25, 2024. [Doc. 352]. Objections in this case were due on December 12, 2024. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **[Doc. 352]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

2

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER: February 10, 2025

Frank W. Volk
Chief United States District Judge